NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AISG, INC.,**
*Appellant*

**v.**

**SECRETARY OF THE ARMY,**
*Appellee*

---

2020-2105

---

Appeal from the Armed Services Board of Contract Appeals in Nos. 58696, 59151, Administrative Judge Donald Evan Kinner.

---

## JUDGMENT

---

ANTHONY ANIKEEFF, Williams Mullen, P.C., Tysons, VA, argued for appellant.

BRYAN MICHAEL BYRD, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by SOSUN BAE, BRIAN M. BOYNTON, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (HUGHES, MAYER, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>February 16, 2022</u>　　　　<u>/s/ Peter R. Marksteiner</u>
Date　　　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　Clerk of Court